### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **ANGELIA BROWN,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **EMERY FEDERAL CREDIT UNION,** <br><br> *Defendant*. | Civil Action No.: 1:22-cv-00175-MRB <br><br> Judge: Michael Barrett |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### A CORRECTED SETTLEMENT AGREEMENT

Plaintiff Angelia Brown ("Plaintiff") moves for an order permitting Plaintiff to file a corrected Settlement Agreement. The grounds for this motion are set forth in the attached Memorandum in Support.

December 19, 2024

Respectfully submitted,

*/s/ Gregory M. Utter*
Gregory M. Utter (0032528)
Joseph M. Callow, Jr.  (061814)
CALLOW + UTTER LAW GROUP
Suite 170
8044 Montgomery Road
Cincinnati, Ohio 45236
Phone: (513) 659-3130
gmutter@callowandutter.com
jcallow@callowandutter.com
*Co-Counsel for Plaintiffs*


*/s/ Michael Paul Smith*
Michael Paul Smith (*Pro Hac Vice*)
Melissa L. English (*Pro Hac Vice*)
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200

Towson, Maryland 21204
Phone: (410) 821-0070
mpsmith@sgs-law.com
menglish@sgs-law.com
*Counsel for Plaintiffs*


*/s/ Timothy F. Maloney*
Timothy F. Maloney (*Pro Hac Vice*)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200
tmaloney@jgllaw.com
*Co-Counsel for Plaintiffs*

**MEMORANDUM IN SUPPORT**

On December 17, 2024, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement [Dkt. 82]. Attached to the Motion was a copy of the Settlement Agreement. The Settlement Agreement, however, did not include an original signature of the named Plaintiff Angelia Brown. The corrected Settlement Agreement includes Plaintiff Angelia Brown's signature and is attached hereto as Exhibit 1.

Defendant does not object to filing the corrected Settlement Agreement.

A proposed Order is also attached for the Court's convenience.

Respectfully submitted,

/s/ Gregory M. Utter
Gregory M. Utter (0032528)
Joseph M. Callow, Jr. (061814)
CALLOW + UTTER LAW GROUP
Suite 170
8044 Montgomery Road
Cincinnati, Ohio 45236
Phone: (513) 659-3130
gmutter@callowandutter.com
jcallow@callowandutter.com
*Co-Counsel for Plaintiffs*


/s/ Michael Paul Smith
Michael Paul Smith (*Pro Hac Vice*)
Melissa L. English (*Pro Hac Vice*)
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, Maryland 21204
Phone: (410) 821-0070
mpsmith@sgs-law.com
menglish@sgs-law.com
*Counsel for Plaintiffs*


/s/ Timothy F. Maloney
Timothy F. Maloney (*Pro Hac Vice*)
Joseph, Greenwald & Laake, P.A.

          6404 Ivy Lane, Suite 400
          Greenbelt, Maryland 20770
          (301) 220-2200
          tmaloney@jgllaw.com
          *Co-Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

  <u>I</u> hereby certify that a copy of the foregoing was served upon counsel of record via the Court's CM/ECF filing system this 19th day of December, 2024.

          <u>/s/ Gregory M. Utter</u>
          Gregory M. Utter