IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **ANGELIA BROWN**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **EMERY FEDERAL CREDIT UNION**, <br><br> *Emery*. | Civil Action No.: 1:22-cv-175-MRB <br><br> Judge: Michael Barrett |

**FINAL APPROVAL ORDER AND FINAL JUDGMENT ORDER
RELATING TO CLAIMS ASSERTED AGAINST EMERY FEDERAL CREDIT UNION**

IN CONSIDERATION of the Motion for Final Approval of Settlement of All Claims Asserted Against Emery Federal Credit Union and the supporting Memorandum and documents referenced herein, to which there was no opposition, and having held a final fairness hearing on the Settlement, this Court hereby finds this 15th day of April, 2025 that:

1. The class action settlement of all claims asserted against Emery Federal Credit Union ("Emery") in this action and reflected in the Settlement Agreement dates as of December 14, 2024 and filed at ECF 82, PAGEID# 728-774, constitutes a fair, reasonable, and adequate settlement of disputed and complex claims and is hereby given final approval under Fed. R. Civ. P. 23(e);

2. The Settlement was reached through arms-length negotiations after due investigation and discovery by the Plaintiffs' counsel, and provides significant benefits for the Settlement Class as described in Section 7 of the Settlement Agreement, and protects and serves the interests of the members of the Settlement Class, recognizing the likelihood of success on the merits of the Settlement Class' claims;

3. The Settlement Administrator has duly and timely completed the Notice Plan described in the Settlement Agreement by the timely mailing of the Court-approved Mailed Notice to the members of the Settlement Class and by establishing the Settlement website;

4. There have been no Objections to the Settlement, and no Exclusion Requests have been submitted by the members of the Settlement class.

5. Emery has complied with 28 U.S.C. § 1715 and Section 17.2 of the Settlement Agreement by sending a Notice of Proposed Class Action Settlement to all required Federal and State officials under the Class Action Fairness Act, and none of the recipients of that Notice have filed objections to the Settlement;

6. The requested Service Awards to each of the Class Representatives of $1,500 each, which are unopposed and will be paid by out of the Settlement Fund in accordance with the Settlement Agreement, are fair and reasonable, given each of the Class Representative's service in the prosecution and settlement of the claims asserted against Emery in this case; and

7. Class Counsel are entitled to an award of attorneys' fees in the amount of $1,185,000, and reimbursement of out-of-pocket expenses in the amount of $21,755.72, to be paid out of the Settlement Fund in accordance with the Settlement Agreement, which are deemed fair and reasonable, given Class Counsels' service in the prosecution and settlement of the claims asserted against Emery in this case and the factors considered by the Court.

ACCORDINGLY, IT IS HEREBY ORDERED, THAT:

8. The Motion for Final Approval of Settlement of All Claims Asserted Against Emery is GRANTED;

9. Class Counsel's Unopposed Petition for Attorneys' Fees and for Class Representatives' Service Awards for Emery Federal Credit Union Settlement (ECF 90) is GRANTED. Class Counsel shall be awarded attorney's fees in the amount of 30% of the Settlement Fund, or $1,185,000, and reimbursement of out-of-pocket expenses in the amount of $21,755.72, which shall be paid out of the Settlement Fund, in accordance with the Settlement Agreement;

10. In addition, Class Representatives Angelia Brown, Angelia Mincey, and Joseph Taylor shall each receive a Service Award of $1,500 each, for a total of $4,500 for their participation in the litigation and settlement. The Service Awards will be paid out of the Settlement Fund and shall be paid in addition to the Settlement Benefits available to them, in accordance with the Settlement Agreement;

11. From the Settlement Fund, less the adjustments set forth in the Settlement Agreement, the Settlement Administrator shall remit the Settlement Benefits payable to the Settlement Class Members, in accordance with the Settlement Agreement. Any funds remaining in the Settlement Fund account after the payment(s) of the Settlement Benefits in accordance with, and pursuant to, the process described in the Settlement Agreement, shall be contributed to, and remitted by, the Settlement Administrator to Habitat for Humanity International, in accordance with the Settlement Agreement;

12. All claims asserted in this action against Emery are hereby DISMISSED WITH PREJUDICE;

13. The Class Representatives and the members of the Settlement Class are hereby bound by the terms of the Release, Waiver, and Covenant Not to Sue set forth in Section 16 of the Settlement Agreement, and are hereby PERMANENTLY ENJOINED from filing suit or asserting any claims, demands, and/or counterclaims with respect to matters released in Section 16 of the Settlement Agreement;

14. This order shall be followed by a separate final judgment on the docket dismissing all claims asserted against Emery with prejudice.

15. Should the parties to the Settlement Agreement or the members of the Settlement Class bound thereby fail to honor the terms of this Order, the non-breaching party may petition the Court for enforcement of this Final Judgment Order.

_____/s/ Michael R. Barrett_____
Michael Barrett
United States District Judge